ACCEPTED
04-15-00153-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/8/2015 2:32:55 PM
KEITH HOTTLE
CLERK

NO. 04-15-00153-CV

| | | |
|---|---|---|
| TINA M. ALLEN SOUZA | § | COURT OF APPEALS |
| | § | 4th COURT OF APPEALS |
| | § | SAN ANTONIO, TEXAS |
| vs. | § | 07/8/2015 2:32:55 PM |
| | § | KEITH E. HOTTLE |
| HEATHER CLEMENT TESSMER | § | FOURTH DISTRICT OF TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/8/2015 2:32:55 PM
KEITH E. HOTTLE
Clerk

## APPELLANT'S MOTION
## TO DENY ORAL ARGUMENT

TO THE HONORABLE JUSTICES OF SAID COURT:

Appellant, TINA M. ALLEN SOUZA, requests that this honorable court deny oral argument in the above styled and numbered cause.

1. Appellant is Tina M. Allen Souza; appellee is Heather Clement Tessmer.

2. Appellant, at the time of filing her brief on May 29, 2015, and Appellee, at the time of filing her brief on June 16, 2015, requested oral argument.

3. Appellant, at the time of filing her reply brief on July 6, 2015, requested oral argument, but noted, without waiving her right to oral argument, that she believes that the dispositive issues have been authoritatively decided; the facts and legal arguments are adequately presented in the briefs and record; and the decisional process would not be significant aided by oral argument.

1

4.     The law regarding the dispositive issues in this cause are delineated in the TEX. CIV. PRAC. & REM. CODE and in recent Texas Supreme Court opinions which have either ruled on a controlling issue related to the interpretation of the Texas Citizens Participation Act or a similar type statute to the degree that the rule of law should be clear.

5.     The facts and legal arguments have been adequately and thoroughly present to this Court through both the record and the briefs on file.

6.     Appellant, Appellee, and the current case law all agree that the standard of review in this cause is *de novo*.  Under this standard, this Court can only render it's decision based upon the evidence that this Court can consider and the guidance of the current state of the law, and any oral argument by counsel will not significantly aid the decisional process of this Court.

7.     Appellant therefore, without waiving her right to be heard by this Court in this cause in the event this Court denies this motion, requests that this Court deny oral argument.

Dated this 8ᵗʰ day of July 2015.

Respectfully submitted,

RONALD S. GUTIERREZ, LAWYER
Las Colinas Station
P. O. Box 143243
Irving Texas 75014-3243
Office: (512) 222-3488
Facsimile: (512) 233-2786
Email: rsg.lawyer@gmail.com

By:    /s/ *Ronald S. Gutierrez*
        Ronald S. Gutierrez
        State Bar No. 08644410

ATTORNEY FOR APPELLANT

## Certificate of Conference

I hereby certify that I have attempted to confer with Heather Clement

Tessssmer by letter faxed on July 7, 2015, and said counsel has not

responded.

/s/ *Ronald S. Gutierrez*
Ronald S. Gutierrez

3

**Certificate of Service**

      I hereby certify that a true and correct copy of the foregoing instrument was delivered to plaintiff by serving her attorney of record, TESSMER LAW FIRM, P.L.L.C., 7800 IH-10 West, Suite 830, San Antonio, Texas 78230, via eServe through eFile (if available), email at info@tessmerlawfirm.com and/or via facsimile at (210) 368-9729 on July 8, 2015.

/s/ *Ronald S. Gutierrez*
Ronald S. Gutierrez